# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES MCANANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 16-5173 |
| NATIONSTAR MORTGAGE, LLC | : | |
| DOES 1 THROUGH 10 INCLUSIVE | : | |

## ORDER

**AND NOW**, this 1st day of March 2017, upon consideration of Defendant's Motion to Dismiss (ECF Doc. No. 8), Plaintiff's Response (ECF Doc. No. 9), Defendant's Reply (ECF Doc. No. 10) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 8) is **GRANTED** and his case is **dismissed**. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**